

**Office of the Attorney General**
**Alicia G. Limtiaco**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
 (671) 475-3324 ● (671) 472-2493  (Fax)
www.guamattorneygeneral.com

Attorneys for the Government of Guam

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MICHAEL E. and CARRIE L. WENDT, ) | Civil Case No. 08-00020 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER GRANTING DEFENDANT'S** |
| ) | **MOTION TO CONTINUE HEARING** |
| DIRECTOR OF DEPARTMENT OF ) | |
| REVENUE AND TAXATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The Parties are attempting to settle this matter in good faith and defense counsel will be off-island, therefore, in the interests of justice and with the agreement of the Plaintiffs, the hearing scheduled for June 22, 2010 shall be continued to 26th day of July, 2010 at 2:00 p.m.

    **SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 18, 2010

*Page 1*
*Order Granting Defendant's Motion to Continue Hearing [Proposed]*
*District Court of Guam Civil Case No. 08-00020*